IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT DARNELL**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil No. **09-204-JPG** |
| | ) |
| **HOELSCHER, INC.**, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant Hoelscher's motion to compel plaintiff to respond to defendant's supplemental request for production, propounded on or about September 4, 2009. **(Doc. 63.)** According to defendant, no responses or objections to the discovery requests were received.

**IT IS HEREBY ORDERED** that the subject motion **(Doc. 63)** is **GRANTED**. If plaintiff has not already done so, on or before **July 7, 2010**, plaintiff shall fully comply, without objection, to defendant Hoelscher's request for production, propounded on or about September 4, 2009.

**IT IS SO ORDERED.**

**DATED: June 23, 2010**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**